**EXHIBIT A**

# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

**Precinct:** 033
**Accident No.:** MV-2024-033-000116
**Complaint Number:**

☐ AMENDED REPORT

| | |
|---|---|
| Accident Date | Month 3 Day 1 Year 2024 |
| Day of Week | FRIDAY |
| Military Time | 18:50 |
| No. of Vehicles | 2 |
| No. Injured | 0 |
| No. Killed | 0 |
| Not Investigated at Scene | ☐ |
| Reconstructed | ☐ |
| Left Scene | ☐ |
| Police Photos | ☐ Yes ☑ No |

☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

### VEHICLE 1
- **Driver License ID Number:** 698450185
- **State of Lic.:** NY
- **Driver Name:** ROY, DERIK, J
- **Address:** 645 RANDALL RD
- **City or Town:** BALLSTON SPA
- **State:** NY
- **Zip Code:** 12020
- **Date of Birth:** Month 10 Day 3 Year 1952
- **Sex:** M
- **Unlicensed:** ☐
- **No. of Occupants:** 2
- **Public Property Damaged:** ☐
- **Name on registration:** ROY, DERIK, J
- **Sex:** M
- **Date of Birth:** Month 10 Day 3 Year 1952
- **Address:** 645 RANDALL RD
- **City or Town:** BALLSTON SPA
- **State:** NY
- **Zip Code:** 12020
- **Plate Number:** 17832JW
- **State of Reg.:** NY
- **Vehicle Year & Make:** 2018 FORD
- **Vehicle Type:** PICK-UP TRUCK
- **Ins. Code:** 328

### VEHICLE 2
- **Driver License ID Number:** 999999999
- **State of Lic.:** NY
- **Driver Name:** DUNN, ROBERT
- **Address:** 601 WEST 26 STREET
- **Apt. No.:** 7
- **City or Town:** NEW YORK
- **State:** NY
- **Date of Birth:** Month 8 Day 9 Year 1984
- **Sex:** M
- **No. of Occupants:** 1
- **Plate Number:** HWY5473
- **State of Reg.:** NY
- **Vehicle Year & Make:** 2019 GMC
- **Vehicle Type:** SW/SUV

### VEHICLE DAMAGE CODES
**VEHICLE 1:** Box 1 - Point of Impact: 9; Box 2 - Most Damage: 9; Enter up to three more: 3, 4, 5
**VEHICLE 2:** Box 1 - Point of Impact: 2; Box 2 - Most Damage: 2; Enter up to three more: 3, 4, 5

### VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

### ACCIDENT DIAGRAM
Circle the diagram below: Rear End, Left Turn, Right Angle, Right Turn, Head On, Sideswipe (same direction), Left Turn, Right Turn, Sideswipe (opposite)

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

1 REAR END

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☑ Yes  ☐ No

### Location
- **Place Where Accident Occurred:** ☐ BRONX ☐ KINGS ☑ NEW YORK ☐ QUEENS ☐ RICHMOND
- **Reference Marker:** 9 5 I / X 4 M 1 / 1 0 0 4
- **Latitude/Northing:** 40.850067
- **Longitude/Easting:** -73.9449
- **Road on which accident occurred:** 95I E/B CROSS BRONX EXPY
- **at 1) intersecting street:** 
- **or 2):** 4/10 MILE E/O GEORGE WASHINGTON BRIDGE

### Accident Description/Officer's Notes
AT TPO OPER OF VEH 1 STATES THAT HE WAS DRIVING STRAIGHT WHEN TRAFFIC SLOWED DOWN, SO HE STEPPED ON THE BRAKES WHEN VEH 2 REAR ENDED HIM. OPER OF VEH 2 STATES THAT VEH 1 CAME TO AN ABRUPT STOP, CAUSING VEH 2 TO REAR ENDED VEH 1. THERE IS NO ISSUARNCE INFORMATION BECAUSE VEH 2 IS SELF INSURED BY THE FEDERAL GOVERNMENT. OPER OF VEH 2 IS A SPECIAL AGENT SHIELD 8798, EMPLOYED BY HOMELAND SECURITY AND WAS DRIVING A HS

### ALL INVOLVED

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | X | 1 | 71 | M | - | - | - | - | - | ROY, DERIK, J | |
| B | 1 | 3 | X | 1 | 62 | M | - | - | - | - | - | LAROSA-ROY, CATHERINE, E | |
| C | 2 | 1 | X | 1 | 39 | M | - | - | - | - | - | DUNN, ROBERT | |

**Officer's Rank and Signature:** PO
**Print Name in Full:** CHRISTOPHE C GAYLE
**Tax ID No.:** 972657
**NCIC No.:** 03030
**Precinct:** 033
**Post/Sector:** 
**Reviewing Officer:** SSA RONNIE A RODRIGUEZ
**Date/Time Reviewed:** 03/05/2024 23:11

USE COVER SHEET P

PERSONS KILLED OR INJURED IN ACCIDENT (Letter designation of persons killed must correspond with letter designation on front).

Case 1:25-cv-08959   Document 1-2   Filed 07/21/25   Page 3 of 6

| Last Name | First | M.I. | Last Name | First | M.I. |

Address

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. | Last Name | First | M.I. |

Address

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. |

Address

Highway Dist. at Scene?  ☐ Yes  ☑ No
Name:

| Date of Birth | | | Telephone (Area Code) |
| Month | Day | Year | ( ) |

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1   C16 5800-P21-52L

Vehicle No. 2 _____

Expiration Date  06/21/2024

Expiration Date _____

VIN   1FTEW1EG3JFA85351

VIN   3GKALTEV2KL153667

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| **PROPERTY DAMAGED** (other than vehicles) | **OWNER OF PROPERTY** (include city agency, where applicable) |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle – Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)

☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)

Page 2 of 4 Pages

# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

**Precinct:** 033
**Accident No.:** MV-2024-033-000116
**Complaint Number:**
☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ Reconstructed ☐ | Left Scene ☐ | Police Photos ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 3 | Day 1 | Year 2024 | FRIDAY | 18:50 | 2 | 0 | 0 | | | |

**VEHICLE** ☐    **VEHICLE** ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN ☐

VEHICLE 1 - Driver License ID Number / State of Lic. — (blank)
Driver Name / Address / City / State / Zip — (blank)
Date of Birth / Sex / Unlicensed / No. of Occupants / Public Property Damaged — (blank)
Name—exactly as printed on registration / Sex / DOB — (blank)
Address / Apt. No. / Haz. Mat Code / Released — (blank)
City / State / Zip — (blank)
Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code — (blank)
Ticket/Arrest Number(s) — (blank)
Violation Section(s) — (blank)

VEHICLE 2 - same fields all blank

**VEHICLE 1 DAMAGE CODES** — Box 1 Point of Impact, Box 2 Most Damage, up to three more codes
**VEHICLE 2 DAMAGE CODES** — same

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Accident Diagram types: 1. Rear End  2. Sideswipe (same direction)  3. Left Turn  4. Left Turn  5. Right Angle  6. Right Turn  7. Head On  8. Sideswipe (opposite)

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

1 REAR END

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine    ☐ Yes    ☐ No

**Reference Marker:** 9 5 I / X 4 M 1 / 1 0 0 4
**Latitude/Northing:** 40.850067
**Longitude/Easting:** -73.9449

**Place Where Accident Occurred:** ☐ BRONX ☐ KINGS ☑ NEW YORK ☐ QUEENS ☐ RICHMOND
**Road on which accident occurred:** 95I E/B CROSS BRONX EXPY
**at 1) intersecting street:** _____
**or 2)** 4/10 MILE E/O GEORGE WASHINGTON BRIDGE

**Accident Description/Officer's Notes:** DEPT VEH. NO INJURIES. NO CAMERAS. OPER OF VEH 2 CALLED HIS OWN TOW.

ALL INVOLVED: 8 9 10 11 12 13 14 15 16 17 BY TO 18 Names of all involved / Date of Death Only — (blank)

**Officer's Rank and Signature:** PO
**Print Name in Full:** CHRISTOPHE C GAYLE
**Tax ID No.:** 972657
**NCIC No.:** 03030
**Precinct:** 033
**Post/Sector:**
**Reviewing Officer:** SSA RONNIE A RODRIGUEZ
**Date/Time Reviewed:** 03/05/2024 23:11

USE COVER SHEET
P

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|

Address | Address

| Date of Birth (Month/Day/Year) | Telephone (Area Code) | Date of Birth (Month/Day/Year) | Telephone (Area Code) |

| Last Name | First | M.I. | Last Name | First | M.I. |

Address | Address

| Date of Birth (Month/Day/Year) | Telephone (Area Code) | Date of Birth (Month/Day/Year) | Telephone (Area Code) |

| Last Name | First | M.I. |

Highway Dist. at Scene? ☐ Yes ☐ No
Name:

Address

| Date of Birth (Month/Day/Year) | Telephone (Area Code) |

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. _____    Vehicle No. _____

Expiration Date _____    Expiration Date _____

VIN _____    VIN _____

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| **PROPERTY DAMAGED** (other than vehicles) | **OWNER OF PROPERTY** (include city agency, where applicable) |
|---|---|

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle – Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)
☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)                                                                Page 4 of 4 Pages

Rear End : MV-2024-033-000116
Reporting Officer : PO CHRISTOPHE C GAYLE
Reviewing Officer : SSA RONNIE A RODRIGUEZ Reviewed Date : 03/05/2024 23:11

