USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STATE FARM AUTOMOBILE INSURANCE  :
COMPANY a/s/o DERIK ROY,         :
                                 :
                    Plaintiff,   :
                                 :         25-CV-05959 (VEC)
        -against-                :
                                 :              ORDER
                                 :
                                 :
UNITED STATES OF AMERICA,        :
                                 :
                    Defendant.   :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 23, 2025, the parties were directed to submit a Joint Letter and Case Management Plan by September 25, 2025;

WHEREAS the Court has not received the Joint Letter or Case Management Plan; and

WHEREAS on September 26, 2025, Plaintiff submitted a letter requesting an adjournment of the Initial Pretrial Conference ("IPTC").

IT IS HEREBY ORDERED that the IPTC, originally scheduled for October 3, 2025, at 10:00 a.m., is adjourned to **November 7, 2025, at 10:00 a.m.** and will be held **in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007**. The parties are directed to adhere to section 2.C of the Court's Individual Practices in Civil Cases should they wish to request an adjournment. Plaintiff is reminded that, as stated in the July 23, 2025, Order, the IPTC will not necessarily be adjourned on the ground that the Defendant has not been served or answered.

IT IS FURTHER ORDERED that the parties must submit a Joint Letter, adhering to the specifications in the Court's July 23, 2025, Order, by **no later than October 30, 2025**. The

parties must consult the Undersigned's Individual Practices in Civil Cases and submit the jointly proposed Civil Case Management Plan and Scheduling Order to the Court with their Joint Letter.

**SO ORDERED.**

**Date: September 26, 2025**
**New York, New York**

                                           **VALERIE CAPRONI**
                                           **United States District Judge**