UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _11/6/2025_ |

-------------------------------------------------------------X

STATE FARM AUTOMOBILE INSURANCE          :
COMPANY a/s/o DERIK ROY,                            :
                                                             :
                               Plaintiff,          :
                                             :          25-CV-05959 (VEC)
          -against-                  :
                                           :               ORDER
                                           :
UNITED STATES OF AMERICA,                         :
                                           :
                              Defendant.          :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court issued a Standing Order, 1:25-mc-00433-LTS, relating to the stay of certain civil cases; and

      WHEREAS on October 20, 2025, the Court ordered that the above-captioned case is subject to the terms of the Standing Order, Dkt. 10.

      IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for November 7, 2025, at 10:00 a.m., is adjourned *sine die*, pending restoration of funding to the Department of Justice.

**SO ORDERED.**

**Date:  November 6, 2025**
**New York, New York**

                           _____
                               **VALERIE CAPRONI**
                           **United States District Judge**