USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STATE FARM AUTOMOBILE INSURANCE
COMPANY a/s/o DERIK ROY,

                     Plaintiff,

      -against-

UNITED STATES OF AMERICA,

                     Defendant.
-------------------------------------------------------------- X

25-CV-05959 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court issued a Standing Order, 1:25-mc-00433-LTS, relating to the stay of certain civil cases;

    WHEREAS on October 20, 2025, the Court ordered that the above-captioned case is subject to the terms of the Standing Order, Dkt. 10; and

    WHEREAS funding now has been restored to the Department of Justice.

    IT IS HEREBY ORDERED that the stay in this case is LIFTED.  The Initial Pretrial Conference is scheduled for **Friday, December 12, 2025, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that the parties must submit a Joint Letter, adhering to the specifications in the Court's July 23, 2025, Order, by **no later than December 4, 2025**.  The parties must consult the Undersigned's Individual Practices in Civil Cases and submit the jointly proposed Civil Case Management Plan and Scheduling Order to the Court with their Joint Letter.

**SO ORDERED.**

Date: November 14, 2025
      New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**