# MARKOWITZ & BARKOFF, P.C.

**MEMO ENDORSED**

575 JERICHO TURNPIKE • SUITE 210

JERICHO, NEW YORK 11753

(516) 935-3500

STUART D. MARKOWITZ                smarkowitz@markowitz-law.com                FACSIMILE
CORY M. BARKOFF                cbarkoff@markowitz-law.com                (516) 935-3599

January 23, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2026

***Via Electronic Case Filing***

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007

Re:    STATE FARM AUTOMOBILE INSURANCE COMPANY a/s/o
DERIK ROY  v.  UNITED STATES OF AMERICA
Case No: 25-CV-05959 (VEC)

Dear Hon. Valerie E. Caproni:

As you may be aware, our firm represents the plaintiff in the above-captioned matter. Pursuant to the Court's E-mail of January 23, 2026, we write to advise the Court of the current status of the case.

Plaintiff's office has been in contact with the U.S. Attorney's office, who filed their Notice of Appearance on January 21, 2026.  The U.S. Attorneys' office is requesting an adjournment of the Initial Conference currently scheduled for January 30, 2026, to a date in March which is convenient for the Court.   That request is on consent.

Thank you for the Court's time and consideration.

Respectfully submitted,

*Cory M. Barkoff*

CORY M. BARKOFF

Application GRANTED.  The initial pretrial conference scheduled for January 30, 2026, is adjourned to **March 27, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties' joint submission is due **no later than March 19, 2026**.

SO ORDERED.                1/26/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1