# MARKOWITZ & BARKOFF, P.C.

**MEMO ENDORSED**

575 JERICHO TURNPIKE • SUITE 210

JERICHO, NEW YORK 11753

(516) 935-3500

STUART D. MARKOWITZ
CORY M. BARKOFF

smarkowitz@markowitz-law.com
cbarkoff@markowitz-law.com

March 17, 2026

FACSIMILE
(516) 935-3599

---

***Via Electronic Case Filing***
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2026

---

Re:    STATE FARM AUTOMOBILE INSURANCE COMPANY a/s/o
        DERIK ROY  v.  UNITED STATES OF AMERICA
        Case No: 25-CV-05959 (VEC)

Dear Hon. Valerie E. Caproni:

As you may be aware, our firm represents the plaintiff in the above-captioned matter. The above referenced matter is currently scheduled for an Initial Pre-Trial Conference on March 27, 2026, with joint submissions due March 19, 2026, we write to advise the Court of the current status of the case.

Plaintiff's office has been in contact with the U.S. Attorney's office, who filed their Notice of Appearance on January 21, 2026. Plaintiff is requesting an adjournment of the Initial Pre-Trial Conference and joint submission scheduled for March 19 and March 27, 2026, to a date in May as Defendant's answer is not due until April 6, 2026, and has not been filed yet.

Thank you for the Court's time and consideration.

Respectfully submitted,

CORY M. BARKOFF

Application DENIED.

SO ORDERED.                    3/19/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1