USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**STATE FARM AUTOMOBILE INSURANCE COMPANY a/s/o DERIK ROY,**

**Plaintiff,**

**-against-**

**UNITED STATES OF AMERICA,**

**Defendant.**

**----------------------------------------------------------------X**

**25-CV-05959 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

On April 28, 2026, the parties advised that they have reached a settlement in principle. Accordingly, it is ORDERED that this action is dismissed with prejudice, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 8, 2026
New York, New York